Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Bellamy   ☐ Wilder   ☐ |
| DATE | March 28, 2011 |
| TIME | 2:40 p.m. — 2:50 p.m. |
| CIVIL ACTION | H — 10 — 837 |
| STYLE | Anthony Francois *versus* Rick Thaler |

DOCKET ENTRY

☐ Conference;  ☒ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: J. Sanchez)

Jani Maselli _____ for ☒ Ptf. # _____   ☐ Deft. # _____
_____ for ☐ Ptf. # _____   ☐ Deft. # _____
Jeremy Greenwell _____ for ☐ Ptf. # _____   ☒ Deft. # _____
_____ for ☐ Ptf. # _____   ☐ Deft. # _____

☐  All motions not expressly decided are denied without prejudice.

☐  **Evidence taken** [exhibits or testimony].

☒  Argument heard on: ☐ all pending motions;  ☐ these topics:
Ms. Maselli's CJA 30 voucher

☐  Motions taken under advisement: _____

☒  Order to be entered.

☐  Internal review set: _____

☐  Rulings orally rendered on: _____