**PATRICK F. McCANN**
Attorney of Law
Rice Hotel, Suite 205
909 Texas Avenue
Houston, TX 77002
Phone (713) 223-3805 Fax (713) 226-8097

Honorable Lynn Hughes
Case Manager Glenda Hassan
Federal Courthouse
P.O. Box 61010
Houston, TX 77208

June 23, 2011

RE: **4:10-cv-00837** Francois v. Thaler

Your Honor,

I am writing in reference to Mr. Francois' pending habeas case. After Jani Maselli's motion to withdraw was granted I had a phone conversation with the case manager and understood that Mr. Crowley was actually still on the case and thus no appointment was needed. However, I spoke with Mr. Crowley recently and he indicated to me that he is not on the federal case but was on the state writ. If I understand the situation correctly, that means that there is not actually an attorney appointed on Mr. Francios's case and I wanted to bring this to your attention so either the office of capital writs in Austin or perhaps that excellent young attorney Seth Kretzer could be appointed. If there is anything I can do to assist you or your case manager please let me know. As always I wish you and your staff well and look forward to appearing before you soon.

Yours sincerely,

Patrick F. McCann

CC: Seth Kretzer
909 Texas
#1219
Houston, TX 77002

CC: James Sidney Crowley
440 Louisiana
#800
Houston, TX 77002

