IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY FRANCOIS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-10-CV-837 |
| | § | |
| RICK THALER, | § | |
| Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**ORDER**

On March 20, 2012, the Supreme Court decided *Martinez v. Ryan*, ___ U.S. ___, No. 10-1001 (2012). The *Martinez* decision could affect the outcome of this case. Therefore, the parties may file supplemental briefs within 90 days addressing the impact of *Martinez* on this case.

LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE

Houston, Texas
March 20, 2012