IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY FRANCOIS, | § | |
| | § | |
| Petitioner | § | |
| | § | |
| VS. | § | NO. 4:10-CV-00837 |
| | § | |
| BOBBY LUMPKIN, Director | § | |
| Texas Department of Criminal | § | |
| Justice-Correctional Institution Division, | § | |
| | § | |
| Respondent. | § | |

# NOTICE OF APPEAL

TO THE JUDGE OF SAID COURT:

COMES NOW ANTHONY FRANCOIS, Petitioner in the above entitled and numbered cause, by and through his attorney of record, STANLEY G. SCHNEIDER, and hereby files this Notice of Appeal in this cause.

Respectfully submitted,

SCHNEIDER & McKINNEY, P.C.

*/s/ STANLEY G. SCHNEIDER*
STANLEY G. SCHNEIDER
TBN: 17790500
440 Louisiana, Suite 800
Houston, Texas 77002
713-951-9994 Office
713-224-6008 Fax
E-mail: stans3112@aol.com

## **CERTIFICATE OF SERVICE**

Counsel for respondent has been served with a true and correct copy of the above and foregoing, via the ECF system, on this 28th day of May, 2021.

*/s/ STANLEY G. SCHNEIDER*
STANLEY G. SCHNEIDER